IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | Crim. No. 22cr96 |
| | ) | Hon. Colleen Kollar-Kotelly |
| HERB GERAGHTY, | ) | |
| Defendant. | ) | |
| | ) | |

### *PRAECIPE*

Counsel for Defendant Herb Geraghty having been directed by the Court to show cause why the Court should not toll Speedy Trial time for the period from March 3, 2023 to May 23, 2023, Defendant renews his assertion of his rights under the Speedy Trial Act, but offers no argument against tolling Speedy Trial time during the period aforementioned pursuant to the provisions of 18 U.S.C. Sec. 3161.

Respectfully Submitted,

HERB GERAGHTY
By Counsel
_____/s/_____
John C. Kiyonaga
510 King Street, Ste. 400
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

### Certificate of Electronic Service

I hereby certify that on March 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

\_\_\_\_\_/s/_____
John C. Kiyonaga

1