A6 | Thursday, March 9, 2023

★ ★ ★ ★

THE WALL STREET JOURNAL.

## U.S. NEWS

# Abortion Pill Fight Engulfs Walgreens

Chain draws heat after halting sales in several states, in latest sign of fast-shifting landscape

By JENNIFER CALFAS

Pharmacies and medication abortion are emerging as contentious political battlegrounds in the increasingly complex issue of abortion access in the U.S.

Walgreens Boots Alliance Inc. has found itself at the center of the fray after the pharmacy chain said it wouldn't dispense the abortion pill in states where abortion is illegal and in several states where it is currently legal, including Alaska, Iowa, Kansas and Montana, given the "complexity and flux" of the laws.

The move won praise from some Republican politicians but sparked backlash from several Democratic leaders. California said on Wednesday that it was dropping a multi-million-dollar contract with the company.

GOP state attorneys general last month sent Walgreens letters outlining their legal arguments against the Food and Drug Administration's move to loosen restrictions on the abortion pill. CVS Health Corp. received similar letters.

California Gov. Gavin Newsom said Monday the state wouldn't do business with Walgreens "or any company that cowers to the extremists and puts women's lives at risk."

On Wednesday, Mr. Newsom's office said the California Department of General Services was withdrawing the planned renewal of its contract with Walgreens to provide specialty prescription drugs, mainly for the department of corrections. The state has paid about $54 million to Walgreens under the contract, Mr. Newsom's office said.

A Walgreens spokesman reiterated the company's plan to dispense medication abortion where it is legally allowed — in-

cluding in California. The company is still in the process of seeking certification to dispense mifepristone, the drug that blocks a hormone needed to sustain pregnancy.

"We are deeply disappointed by the decision by the state of California not to renew our longstanding contract due to false and misleading information," the spokesman said in a statement Wednesday evening.

Illinois Gov. J.B. Pritzker met with leaders at the Illinois-based company and urged them to reconsider their decision. Six Democratic U.S. senators sent a letter to Walgreens Chief Executive Rosalind Brewer this week seeking to clarify the company's policies. The senators wrote that declining to dispense medication abortion in states where it is legal "would be a betrayal of your customers."

Former Vice President Mike Pence, meanwhile, praised the state attorneys general who

sent the letters and Walgreens in a speech last weekend. "Americans don't want their pharmacies to become abortion facilities," Mr. Pence, a Republican, said. "I commend Walgreens for yielding to the rule of law."

The political furor is the latest example of the quickly shifting landscape that has

**A lawsuit in Texas could upend nationwide access to mifepristone.**

emerged since the U.S. Supreme Court overturned Roe v. Wade in June, returning the question of abortion's legality to the states. In less than a year, new and newly enforced state laws have created a patchwork of access. About a dozen states have enacted

near-total bans that restrict both surgical and medication abortions. Other states have added new protections and bolstered existing ones.

A lawsuit in Texas could upend nationwide access to mifepristone. Abortion opponents sued the FDA and Department of Health and Human Services in November in an attempt to undo the approval of the abortion-inducing pill. Two other lawsuits filed in January challenge states that have restricted medication abortions.

"This is what we are in store for," said Rachel Rebouché, dean of Temple University's law school and an expert on reproductive-health law. "The center of the abortion debate in this country will be over pills, in part because they are really hard to stop."

Medication abortion made up more than half of all abortions in 2020, according to the Guttmacher Institute, a research group that supports abortion rights and tracks na-

tional and state statistics.

A medication abortion requires taking mifepristone and then misoprostol, which causes uterine contractions. The FDA approved the use of mifepristone in 2000 for up until seven weeks in pregnancy and later extended that to 10 weeks. The FDA relaxed restrictions around the drug in 2021, allowing patients to get mifepristone without an in-person visit to a hospital or doctor.

The FDA in January expanded access further, allowing bricks-and-mortar pharmacies like Walgreens to dispense the drug for the first time. Walgreens, followed by other major chains like CVS, said it would seek certification to dispense mifepristone in states where abortion is legal.

Antiabortion groups and lawmakers are pushing back. Activists have protested outside of pharmacies—and some interrupted Walgreens' annual shareholders meeting.

"It's really going to be part of the standard protocol of community pro-life groups to have a regular presence outside of pharmacies as we get further and further into this," said Kristan Hawkins, president of Students for Life of America.

Kirsten Moore, director of the Expanding Medication Abortion Access Project, said she believes it will take time for pharmacies to get certified and for the FDA's new policy to sort out. "We, as the advocates on the abortion care side, just have to keep our heads down, don't freak out over everything and say this is the way of the future," Ms. Moore said.

The letters 20 state attorneys general sent to Walgreens and CVS in February cite a 150-year-old federal law that they said prohibits the mailing of medication used to perform an abortion. The federal government in December said the Comstock Act doesn't prohibit the mailing of mifepristone or misoprostol, unless it's done with the intention to use it unlawfully.

# Watchdog Asked to Probe Mail Shipping

By CHRISTOPHER WEAVER

A Virginia congressman requested that a government watchdog open an investigation of the U.S. Postal Service's freight-shipping practices.

The Wall Street Journal reported this month that the agency hires trucking contractors with unsafe driving records.

Democratic Rep. Gerry Connolly, a member of the House Committee on Oversight and Accountability that oversees the USPS, asked the USPS's Inspector General on Tuesday to investigate the Postal Service's policies for selecting and overseeing trucking contractors and subcontractors, according to a letter viewed by the Journal.

The letter also called for investigators to address specific questions, including the number of people killed in crashes with USPS's trucking contractors between 2017 and 2022 and what policies USPS has in place to screen contractors for safety problems.

In a statement Wednesday, USPS spokesman David Partenheimer said the agency had received a request from its watchdog for information on the safety and security of its freight network and would respond to the inquiry.

"[A]dherence to best transportation safety practices has been and will continue to be a top priority for the U.S. Postal Service," the statement said.

The Journal reported March 1 that USPS has used dozens of contractors that another government agency, the Transportation Department, put on probation for poor safety performance and hundreds more that had high rates of violations of a law limiting how long drivers can spend behind the wheel each day.



☐ States whose attorneys general wrote Walgreens about dispensing the abortion pill

■ Near-total abortion ban   ■ Could soon ban nearly all   Could revive unenforced ban†   Neither banned nor protected   ■ Access to abortion protected

†Trigger ban or near-total post-Dobbs ban temporarily blocked or not immediate   †No trigger ban but has unenforced near-total pre-Dobbs ban or six-week ban (none in effect)
Note: Laws as of Feb. 9.
Sources: Walgreens; Guttmacher Institute; staff reports