UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 22-CR-96 (CKK)** |
| | : | |
| **LAUREN HANDY,** | : | |
| **JONATHAN DARNEL,** | : | |
| **PAULA "PAULETTE" HARLOW,** | : | |
| **JEAN MARSHALL,** | : | |
| **JOHN HINSHAW,** | : | |
| **HEATHER IDONI,** | : | |
| **WILLIAM GOODMAN,** | : | |
| **JOAN BELL, and** | : | |
| **HERB GERAGHTY,** | : | |
| Defendants. | : | |

### GOVERNMENT'S REPLY TO DEFENDANTS' OPPOSITONS TO MOTION TO ADMIT EVIDENCE OF OTHER ACTS PURSUANT TO RULE 404b

The United States replies, as follows, to defendants' oppositions to the government's motion to admit evidence of other acts.   ECF # 206.

Three defendants have opposed the government's motion.

First, Defendant Idoni argues primarily that the evidence should not be admitted because "the Defendant's motive in being there is obvious and opportunity, knowledge, identity, absence of mistake, or lack of accident, are not issues in the case."   ECF # 211.   The defendant is incorrect.   The defendant having pleaded not guilty, the government must prove all elements of the charged offenses – not just those that the defendant strategically chooses to contest.   *See, e.g.*, *Estelle v. McGuire*, 502 U.S. 62, 69–70 (1991) ("In the federal courts, '[a] simple plea of not guilty . . . puts the prosecution to its proof as to all elements of the crime charged.'").

Second, Defendant Handy argues that the evidence is being offered merely to demonstrate her propensity to commit crimes.   [ECF # 209 at 5].   Her argument ignores the legitimate reasons

1

for the admission of this evidence as set forth in the government's motion. *See* ECF # 206 at 5-21.

Last, Defendant Darnel argues that the evidence should be precluded pursuant to Fed. R. Evid. 403. As set forth in the government's motion, the proffered evidence is highly probative, and its probative value is not substantially outweighed by the danger of unfair prejudice. *See* ECF # 206 at 21-23.

For the foregoing reasons and those presented in the government's motion, we respectfully request that this Court enter an order admitting the proffered other acts evidence against the respective Defendants.

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section
Civil Rights Division
4 Constitution Square
150 M St. NE, 7.121
Washington, D.C. 20530
Email: Sanjay.Patel@usdoj.gov

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052
*/s/ John Crabb Jr.*
JOHN CRABB Jr.
NY Bar No. 2367670 (Crabb)
Assistant United States Attorney
601 D Street, NW
Washington, DC 20001
Email: John.D.Crabb@usdoj.gov