IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, )<br>                              )<br>   v.                       )<br>                             )<br>HERB GERAGHTY, )<br>   Defendant.      ) | Crim. No. 22cr96<br>Hon. Colleen Kollar-Kotelly |

## MOTION FOR LEAVE TO FILE OUT OF TIME

Comes now Defendant Herb Geraghty, by counsel, and moves this Court for leave to join out of time the Response of co-defendant Handy (Doc 259) filed in opposition to the government's Motion *in Limine* (Doc 248).

Pursuant to the Court's Minute Order of the 16th, Defendant Geraghty represents that undersigned counsel failed earlier to join co-defendant Handy's response due to excusable neglect, i.e., the press of work on other matters.

Respectfully Submitted,

HERB GERAGHTY
By Counsel

_____/s/_____
John C. Kiyonaga
510 King Street, Ste. 400
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on June 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga

1