IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | Crim. No. 22cr96 |
| | ) | Hon. Colleen Kollar-Kotelly |
| HERB GERAGHTY, | ) | |
| Defendant. | ) | |

MOTION FOR FURLOUGH

Comes now Defendant Herb Geraghty, by counsel, and moves this Court to grant him a 24 hour furlough from his current pre-sentencing confinement.

Defendant is scheduled to attend as Best Man the wedding of his sister, Kathleen Geraghty, at 5:00 pm on Saturday September 23rd at The Liberty View at 599 Market Street, Philadelphia, PA 19106.  Defendant's fiancée, Kaine Spitak, has arranged lodging for Defendant under her name for the evening of the 23rd at the Sonesta Philadelphia Rittenhouse Square at 1800 Market Street, Philadelphia, PA 19103.  Ms. Kaine undertakes to collect Defendant at noon on the 23rd at his place of confinement, The Alexandria Adult Detention Center in Alexandria, VA, and return him to same before noon on the 24th.  Defendant incurred no issues with his pre-trial release.

Respectfully Submitted,

HERB GERAGHTY
By Counsel
_____/s/_____
John C. Kiyonaga

510 King Street, Ste. 400
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 836-4285
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

1

<u>Certificate of Electronic Service</u>

    I hereby certify that on September 14, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

                                                        /s/
                                       John C. Kiyonaga