**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 22-CR-96 (CKK)** |
| | : | |
| **HERB GERAGHTY,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S ADDITIONAL RESPONSE TO DRAFT PRESENCE REPORT

The United States, hereby, submits the following additional comments regarding Geraghty's draft Presence Report:

**Geraghty's testified falsely at trial; thus the § 3C1.1 adjustment should be applied.  *See, e.g.*:**

**First we note that Judge Kollar-Kotelly made the following observation regarding Geraghty's trial testimony:**

> "I would also point out that all of [Geraghty's] answers when asked in different ways *are not all necessarily consistent*.   So this isn't like he's harping on the same thing getting the same answers."

8/23 a.m. at p. 72 (emphasis added)

**Second, Geraghty was not truthful about the circumstances of his entrance into the clinic. First, he claimed that his coconspirators pushed him into the clinic against his will, and he also claimed he entered the clinic to assist Harlow, (but the video shows that he ignored her when he entered):**

**A.     Despite acknowledging that he had been hiding in the stairwell with his co-conspirators, he claimed that they pushed him into the clinic against his will.**

A. I was not planning on entering the clinic.

Q. But you did enter the clinic, didn't you?

A. I did.    I felt as though I was pushed in, and then later I entered again because I saw one of the elderly women [Harlow] had fallen on the floor.

Q. You were pushed into the clinic?    That's your testimony?

A. Yes, and it's visible in the video.

Q. That you were pushed into the clinic, not that you walked in on your own two feet?

A. At the very beginning, before Paulette [Harlow] fell on the ground,    I feel as though I was pushed into the clinic.

Trial Transcript 8/23 a.m. at 30.

Q. Well, the people who were behind you were the people hiding in the stairwell with you [all identified by Geraghty and comprised of his coconspirators], so they must have been pushing you into the clinic; right?

A. Yes, that's what I felt.

Q. So the people who were hiding in the stairwell with you used force to push you into the clinic; right?

A. No, I don't believe they were intentionally using force.    I think they were walking forward, and it caused me to be shuffled into the clinic.

Trial Transcript 8/23 a.m. at 62.    *See* GX 1001 (video showing Geraghty's initial entrance).

**B.**     **Additionally,   Geraghty claimed that he entered the clinic to check on defendant Harlow.**

Q. You were pushed out of the clinic, and then you walked back in, didn't you?

A. Yes, when I saw that Paulette [Harlow] was on the ground. I was worried about her.

Trial Transcript 8/23 a.m. at 30

Q. So as you were recording it, you then voluntarily walked into the clinic; right?

A. Yes. At this point, I believe Paulette [Harlow], one of the elderly women, had fallen on the ground, and I was concerned for her, so I walked over to check to make sure she was okay.

Trial Transcript 8/23 a.m. at 60.

> Q. You were so concerned about Ms. Harlow that you just walked right past her
> and stepped over her; right?
>
> A. Yeah.   At that point she was saying, "I'm okay.   I'm okay."   So I stepped
> over her so I could get another view.

Trial Transcript 8/23 a.m. at 80.

The video (GX 1001) clearly shows Geraghty entering the clinic and stepping over Harlow
without checking on her or offering any assistance.   And, Harlow was not in distress:   she was
on the floor in chains as part of the clinic blockade.

**Third, Geraghty claimed that his co-conspirators were not chained together blocking a
door into the clinic's treatment area:**

> Q. So you never saw her being chained to any of the individuals during the times
> you were in the clinic waiting room; right? Is that your testimony?
>
> A. No. I saw her chaining herself with Joan.
>
> Q. Blocking the doors; right?
>
> A. *No. It doesn't look like they're in front of any doors.*
>
> Q. So they're not blocking any clinic doors; is that what you're saying?
>
> A. I mean, it looks like they're blocking the closet door inside of the waiting
> room.

Trial Transcript 8/23 a.m. at 21 (emphasis added).

But the video (GX 1001) clearly shows the coconspirators blocking the door to the treatment
area, as does the trial testimony of others.

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section, Civil Rights Division
Email: Sanjay.Patel@usdoj.gov

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052
*/s/ John Crabb Jr.*
JOHN CRABB JR.
NY Bar No. 2367670
REBECCA G. ROSS
NY Bar No. 5590666
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20001
john.d.crabb@usdoj.gov