Beth Fox
President, Rehuhanize International
2217 Columbia Ave, Lynchburg, VA 24503
540-421-2097
bgfox92@gmail.com

To Whom It May Concern:

      Thank you for taking the time to read and consider this letter. My name is Beth Fox, and I serve as the president of the non-profit organization Rehumanize International, by which Herb Geraghty is currently employed and on unpaid leave. I have had the immense privilege of knowing Herb personally since 2016 and professionally, in a supervisory capacity, since he became the Executive Director of Rehumanize International in January 2021. In these years that I have known him, Herb has shown himself to be one of the most genuinely compassionate individuals I know, who is wholly committed to non-violence, peaceful collaboration, and equity for all human beings.

      While I respect that Herb has been found guilty by a jury of his peers, I am writing so that the Court may take into consideration who Herb is as a whole person. I'm fairly certain I met Herb before 2016; however, one of my earliest and most poignant memories with him is from that year. We were both still in college at this point and staying overnight in D.C. for an event. I have a rare degenerative disease and am now wheelchair and ventilator reliant. At that point, I had only had my wheelchair for a few months and was still quite nervous about how others would perceive and respond to it. The building we had to enter had stairs, and Herb immediately sprung into action, asking how he could assist, and then physically helping move my legs up the stairs.

This simple act of compassion made me feel so seen and lifted the burden of having to ask for help off my shoulders. Herb has continued to be a champion for accessibility and equal access in a way that I have not seen from any of my other able-bodied friends. As we have worked and traveled together, he has frequently checked to ensure that facilities are accessible and provide physical assistance when needed. As a disabled friend, colleague, and person, Herb has made me feel seen, cared for, and above all, respected in ways that I'm often not.

     Herb has also often impressed me with his ability to peacefully collaborate with others from diverse backgrounds. Although he is an atheist, Herb will attend predominantly Christian gatherings, peacefully if he believes they have the same aim of ending violence in mind. I was so impressed by his maturity and ability to have peaceful conversations with people whose views were radically different from his own, that I was genuinely shocked to learn a few years into our friendship that he was younger than me.

     With humility, I ask that you consider releasing Herb Geraghty with time served. We are eager to have him return to work at Rehumanize International. While he has been incarcerated, our small organization has been stretched to the limit, and my own body has been mentally and physically taxed in unhealthy ways as I've tried to pick up the slack. Herb has served his time. Please allow him to return to his work and the community that needs him.Thank you again for taking the time to consider this matter. I can be reached by any of the methods listed above should you need to confirm any facts of this letter.

Sincerely,

Beth Fox