Maria Oswalt

1609 N Crossing Way, Decatur, GA 30033

256-702-2966

mcoswalt@rehumanizeintl.org

To the Honorable Judge Colleen Kollar-Kotelly,

I am writing this letter in support of my friend and coworker Herb Geraghty. I respect that the jury has found Herb guilty in this case, and my goal in submitting this letter is simply to offer a more complete picture of Herb's character. I have known Herb for nearly eight years; we met during the summer of 2016, when we were both starting out as interns for Rehumanize International, a nonprofit that publishes educational materials on nonviolence and human rights. We were both wide-eyed college students eager to make a positive difference in the world, and we clicked immediately. Since then, our friendship has grown alongside our careers, as the two of us became the first interns to be hired on full-time at Rehumanize. We eventually came to lead the organization together, as executive director and creative director. Herb is a delight to be around, and he is one of my favorite people I have ever had the privilege of working with.

I would like to highlight just a couple of the many experiences I've shared with Herb over the years that have proven to me his upright character. Because of the nature of our work at Rehumanize, we have attended countless events that involve discussing controversial topics with a wide variety of people. We're big on dialogue: we've tabled on college campuses, encountered counter-protesters at rallies, attended conferences full of people who agree with us on one issue and strongly disagree with us on another. We've been the only anti-abortion organization at an anti-war conference expo, and the only anti-war organization at an anti-abortion conference. Time and time again, as we've encountered people who disagree with us, I've watched Herb navigate these conversations with grace and empathy. In all circumstances, Herb has been able to stay cool-headed and respectful. It takes a special sort of skill — one that I find to be

increasingly rare in our ever-more-polarized political climate — to not only engage in dialogue with, but also befriend, people across the political aisle. Herb's friend group includes pro-choicers, pro-lifers, progressives, conservatives, and everything in between. This especially is a testament to his ability to build bridges. This ability — and willingness to do so — is something we need more of in our society, and it is one of the qualities I admire most about Herb. He is someone who brings people together and makes everyone feel included.

I'd like to share another example of Herb's compassion, in a very different environment. I was standing with him in downtown Pittsburgh a couple of years ago when two women, who appeared to be homeless, stumbled past us. One of the women was heavily leaning on the other, and she seemed disoriented, barely able to stay awake. Herb, being someone who has taken the initiative to learn how to care for his homeless neighbors, immediately recognized these signs as indicating a potential drug overdose. He told me this and let me know that he was going to ask them if they needed help. He could buy them food and water, and he knew the nearby stores and pharmacies that would likely have Narcan available if needed. Herb ended up talking to the women for a while, and though they ultimately declined his help, they were grateful that he offered it. I wouldn't have known what to do if I had been alone in that moment; I was incredibly impressed by how swiftly and selflessly Herb handled the situation.

Ultimately, Herb's dedication to nonviolence and peacebuilding shine through the community he has cultivated over these last eight years. In word and deed, he has stayed true to his principles, and I know that he will continue to do so no matter what the future may hold. I ask that you consider sentencing him time served.

Thank you for taking the time to read this letter. I am available to confirm the facts in this letter if necessary.

Sincerely,

Maria Oswalt