**The Honorable Judge Kollar-Kotelly**
**U.S. District Court for the District of Columbia**

My name is Kaine Spitak, and I write this letter on behalf of Herb Geraghty, my fiance.

Herb and I first met online in 2020, during the beginning of the covid-19 pandemic. At that time, we slowly got to know each other through Zoom calls. Eventually, we met in person at a local drive-in a few months later when social distancing restrictions were lessened, where we would watch movies like Jurassic Park and Jaws as a means to support our local businesses.

I come from a very broken family. My father passed away when I was four-years-old, leaving myself, my mother, and my 8-month-old little brother in our family home. Unfortunately, because my surviving family members suffered from addiction, untreated mental illness, and unhealed trauma, I grew up in a neglectful and domestically abusive household. This environment only worsened when my mother remarried while I was a teenager. This sustained level of severe abuse followed me well into my adulthood, and, like most abuse survivors, the normalization of this behavior caused me to experience domestic partner abuse while in college.

Though this is not something I share readily with others in my life, I am sharing this with the Court to demonstrate not just who Herb is as a person, but to hopefully convey the positive influence and impact he has had on me personally.

Simply, Herb is the reason I sit here today as a newly barred attorney, as a mentally healthy individual, and as a survivor that has escaped the cycle of abuse inflicted by my parents.

While I struggled for years to find the strength to estrange myself from my parents, Herb supported me without question. He provided me with both the emotional and physical stability to grieve the loss of a family that I desperately wished was attainable with my parents, and to process the guilt I felt by removing myself from their lives (and, by default, my younger brother's life), even though my familial relationship was unsalvageable. Herb and his family have embraced me as one of their own, and he has taught me that family is built by nourishment and love, not by malice and control of others.

Herb's life-saving impact on me does not end there. When I finished my first year of law school with less-than desirable grades, Herb encouraged me to seek diagnosis and treatment for my learning disability and post-traumatic stress disorder. As a first generation lawyer with no familial support and no resource for navigating this experience, Herb was a consistent and reliable foundation in my life who empowered me to grow. He spent hours and hours the summer before his trial reviewing bar exam flashcards with me, and he surprised me with flowers on the last day of the exam as well. His trial at that time was only two weeks away, and, even if he

couldn't physically be with me on my first day of work that September, he made sure to spend every possible moment beforehand reminding me of his love and support.

Though all of these things might seem like standard behavior for a partner, I have never experienced anything like this in my life before meeting Herb, and I likewise did not think any of this was a common experience for most people. I grew up teaching myself how to do homework, how to tie my shoes, how to open a bank account, and how to be an adult that tried desperately to rely on no one except myself. Critically, Herb provided un-ending dedication and kindness anyways, regardless of the fact that these things were previously a foreign concept for me. He has taught me that it's okay to rely on others, and there is often strength in vulnerability.

I have consistently watched Herb embrace others with a level of gentleness I had not previously known was possible. He is the kind of person that goes out of his way to hold doors for strangers, plan social gatherings that are accessible for friends who are physically disabled, and he readily gives his time and resources to others while expecting nothing in return, even when he does not have much to give. Herb even makes sure to have gluten-free baked goods for our friends, even though both of us would definitely prefer to have gluten in our food.

I grew up distrustful and fearful of the world around me, and this is still something I struggle with today. Herb has shown me that not everyone on this Earth is performatively altruistic– there are people who provide aid to others because they genuinely care about their wellbeing, who consistently reject violence and aggression, and who strive every day to go to bed in a world more safe and sustainable than it was the previous morning. Herb is one of these people, and he continually brings joy, safety, and stability that is so desperately needed not just by me, but for everyone with whom he has a relationship.

These past nine months without Herb have been extremely difficult, which is an unfortunate reality for those with incarcerated loved ones and is not unique to my or Herb's situation; however, it is still disheartening to imagine continuing to put our lives and future on hold, especially when our life together is truly just beginning. While a conviction is not something to be taken lightly, I truly hope that this letter provides the Court with a more definitive picture and understanding of Herb, and I deeply appreciate the Court's time and consideration in this matter.

Sincerely,

*Kaine Spitak*

_____

Kaine E. Spitak