Kathleen Bereznyak
13015 Townsend Rd #A5, Philadelphia, PA 19154
(267) 229-0365
April 28, 2024

To The Honorable Judge Kollar-Kotelly,

    My name is Kathleen Bereznyak, and I am a high school social studies teacher in Philadelphia, PA.  Herb Geraghty is my older sibling by 13 months. In high school, Herb was a very outgoing and valued member of our school community, having leading roles in school plays, being on the mock trial team, in the marching band, and even hosting school pep rallies. He never received any kind of disciplinary action in school and as a student he was an advocate for diversity, inclusion, and equity.

    When I was 8 and Herb was 9, I was diagnosed with Type One Diabetes. I was more shy, while Herb was self-assured and took it upon himself to advocate for me at school, summer camps, and social settings with both peers and adults. He went the extra mile, even double-checking with waitresses to ensure my soda was diet, knowing the medical consequences that could transpire if it were not. During my hypoglycemic episodes, he was always quick to spring into action and get me whatever I needed. Herb has continued to uphold these values of community involvement and advocacy into adulthood. He constantly works to be a part of and improve his local community by volunteering. For instance, he dresses up as a carrot for a non-profit animal welfare organization at community events. Additionally, he helps to organizes and participates in vigils and educational events addressing issues such as war, torture, and the death penalty, as he is deeply committed to nonviolence.

    I respect and understand  that the jury has found Herb guilty, but I am writing this letter so that the Court may take into consideration Herb's character as a human being and how valuable he is to our family. During his incarceration, Herb remains an integral part of our family. Even in his confinement, he has reached out to extended family, bringing joy to my aunts and uncles with handmade cards from jail. Our family is exceptionally close-knit. My parents, who attended Catholic school and sent Herb and me to Catholic grade school, have always embraced who Herb is. In a community where acceptance of non-binary individuals and atheists is often rare, they have supported Herb wholeheartedly.

Herb's absence is most painful during milestones, health troubles, and funerals. Both of my parents are in precarious health, and they, along with myself, are concerned about their future well-being. This month, as my father lay in the ICU on a ventilator the absence of Herb felt especially painful. In those moments of uncertainty and fear, I deeply felt Herb's absence and longed for his support, as he has always been the strong one out of the two of us. My mother suffers from extreme anxiety, agoraphobia, and other ailments. The stress of Herb's incarceration is negatively impacting both her and my father's health, as well as my own. One personal example of how Herb's incarceration has adversely affected my health is my experience getting diagnosed with stress-induced alopecia areata during the beginning of the incarceration.

Sadly due to his incarceration Herb was unable to attend my wedding of which he was the best man. Herb's absence during my wedding was a profound loss that I continue to feel deeply. As I walked down the aisle, I could not help but think about Herb not being there. He has been more than just a sibling; he has been a constant source of strength and companionship throughout my entire life. Having Herb as my maid of honor/best man was not just a dream but an expectation I had held onto since childhood. The thought of Herb not being there to share in that moment brings tears to my eyes even now. It is a memory I will forever hold onto with a twinge of sadness, knowing that Herb should have been by my side. The thought of Herb missing out on future milestones, like the birth of my children, is almost unbearable. These are moments that I have always envisioned Herb being a part of.

I hope that this letter helps convince the court that Herb Geraghty is an essential member of our family and his community and this testimony will be taken into consideration.

Respectfully,

*Kathleen Bereznyak*

Kathleen Bereznyak